IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| TIDEWATER BARGE LINES, INC., as demise owner of the barge BIG BIN, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 03-1225-ST |
| vs. | ) ) | ORDER |
| In a cause for exoneration from or limitation of liability. | ) ) ) ) | |
| CP SHIPS, LTD., ITALIA di NAVIGAZIONE, S.p.A, CONTSHIP CONTAINER LINES, LTD., AUSTRALIA-NEW ZEALAND DIRECT LINES, and TMM LINES, LTD., | ) ) ) ) ) ) | |
| Claimants/Third-Party Plaintiffs, | ) ) | |
| vs. | ) ) | |
| THE PORT OF LEWISTON, an Idaho municipal corporation, | ) ) ) | |
| Third-Party Defendant, | ) ) | |



| | )|
|---|---|
| and | ) |
| | ) |
| THE PORT OF PORTLAND, an Oregon | ) |
| municipal corporation, and MARINE | ) |
| TERMINALS CORPORATION, a Nevada | ) |
| corporation, | ) |
| | ) |
| Claimants/Third-Party Defendants. | ) |
| | ) |
| | ) |
| THE PORT OF PORTLAND, an Oregon | ) |
| municipal corporation, and MARINE | ) |
| TERMINALS CORPORATION, a Nevada | ) |
| corporation, | ) |
| | ) |
| Third-Party Defendants/ | ) |
| Fourth-Party Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| SANDRA K. RUSSELL, as owner of the | ) |
| barge BIG BIN, | ) |
| | ) |
| Fourth-Party Defendant. | ) |
| | ) |

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on August 8, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#135).

IT IS HEREBY ORDERED that Port and MPC's motion for Summary Judgment (#102) is DENIED.

Dated this \_\_\_\_6th\_\_\_\_ day of September, 2005.

       /s/ Garr M. King
      Garr M. King
      United States District Judge