IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| TIDEWATER BARGE LINES, INC., as demise owner of the barge BIG BIN, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 03-1225-ST |
| In a cause for exoneration from or limitation of liability. | ) ) ) ) ) | ORDER |
| CP SHIPS, LTD., ITALIA di NAVIGAZIONE, S.p.A, CONTSHIP CONTAINER LINES, LTD., AUSTRAILIA-NEW ZEALAND DIRECT LINES, and TMM LINES, LTD., | ) ) ) ) ) ) | |
| Claimants/Third-Party Plaintiffs, | ) ) | |
| vs. | ) ) | |
| THE PORT OF LEWISTON, an Idaho municipal corporation, | ) ) ) | |
| Third-Party Defendant, | ) ) | |
| and | ) | |

Page 1 - ORDER

THE PORT OF PORTLAND, an Oregon )
municipal corporation, and MARINE )
TERMINALS CORPORATION, a Nevada )
corporation, )
)
       Claimants/Third-Party Defendants. )
)

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on November 30, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Stewart's Findings and Recommendation (#209).

IT IS HEREBY ORDERED that CP Ships' Motion for Judgment on the Pleadings and alternate Motion for Summary Judgment (#147), joined in by the Port of Portland and Marine Terminals Corporation (#185) is DENIED.

Dated this _____ 3rd _____ day of January, 2006.

_____
Garr M. King
United States District Judge